IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 09-cv-01591-PAB-MJW

STEVEN STROUD and
MIRANDA STROUD,

    Plaintiffs,

v.

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

    THIS MATTER comes before the Court upon the Stipulation of Dismissal With Prejudice [Docket No. 17]. The Court has reviewed the pleading and is fully advised in the premises. It is

    **ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED January 11, 2010.

                                                    BY THE COURT:

                                                  s/Philip A. Brimmer_____
                                                  PHILIP A. BRIMMER
                                                  United States District Judge